

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

RECEIVED
2017 DEC 13 AM 9: 42

**REWARDS NETWORK ESTABLISHMENT SERVICES INC.**, a Delaware Corporation,

    Plaintiff,

    v.        Case No. 1:16-cv-09952

**LA BOUCHERIE, INC.**, a New York Corporation; and Philip Lajaunie, an Individual.

    Defendants.



FILED
DEC 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Philip Lajaunie, Defendant

Honorable Amy J. St. Eve
Judge Chambers Room 1260
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Friday, December 1, 2017

Dear Judge St. Eve,

Please accept my apologies for having to communicate directly with the Court. I intend to appear Pro se since I cannot afford legal representation.

La Boucherie, Inc., was a restaurant that closed abruptly when the landlord retracted unexpectedly at the final stage of our lease renewal negotiations.

15 John Corp. was another restaurant, whose Chapter 11 procedure held Rewards' Action in this Court, until it was recently converted to Chapter 7.

It appears that Rewards intends to pursue me personally, although I was not a party to the initial agreement.

I have sent an email on Wednesday, November 29, 2017 to both lawyers of record, Ms. Nicole Daniel, and Mr. Timothy Binetti, to inform them of my intention to appear Pro se, and to request that they send me courtesy emails with all and any filing and correspondence with the Court. My new address was also provided. Unfortunately, I have not heard back from them.

I have also requested a 30 day Extension to file my Answer to their Amended Complaint, since I received it late, through the Debtor's Bankruptcy lawyer (the Debtor being 15 John corp.).

To the best of my abilities, I will apply to the Electronic Court System to facilitate communications and filings. I may be able, in the meantime, to file this letter through a friend's office PACER access, to insure proper delivery to the Court.

This Action may have to be moved to the United States District Court for the Southern District of New York, since the contract was signed in New York City, between two New York City restaurants and Rewards, which does ample business in New York City. Rewards' representative works in New York City. I, the Principal of the two NY State entities, was a New York City resident at the time of the contract's execution.

As it is, I cannot find the date by which I have to file my Answer, and would appreciate if Chambers would communicate such date.

Thank you,

Regards,

Philip Lajaunie

970 W. Broadway, #48 P.O. Box 30,000

Jackson, WY 83002

(917) 771-0727

PL@FirstAdminInc.com


To the Court by regular USPS mail

To Plaintiffs, by email to: Nicole.Daniel@dinsmore.com and Timothy.Binetti@dinsmore.com and USPS regular mail