IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REWARDS NETWORK ESTABLISHMENT SERVICES INC.**, a Delaware Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**LA BOUCHERIE, INC.**, a New York Corporation; and **PHILIP LAJAUNIE**, an individual.<br><br>**Defendants.** | Case No. 1:16-cv-09952 |

**ORDER OF JUDGMENT**

THIS CAUSE coming before the Court on Rewards Network Establishment Services Inc.'s ("Plaintiff") Motion for Entry of Judgment and to Dismiss Fraud Claim, due notice having been given and the Court having jurisdiction of the parties and subject matter and being fully advised in the premises,

**THE COURT FINDS:**

1. It has jurisdiction of the subject matter of the Amended Verified Complaint (the "Complaint").

2. On December 1, 2016, La Boucherie, Inc. ("La Boucherie") Philip Lajaunie ("Lajaunie" and with La Boucherie, the "Defendants") acknowledged that the Summons and initial complaint have been served upon them, and on November 16, 2017, Defendants were served with the Amended Verified Complaint. On January 19, 2018, default was entered against La Boucherie.

3. On January 11, 2018, a *pro se* appearance was filed by Philip Lajaunie, and on September 25, 2018, an attorney appearance was filed for La Boucherie and Philip Lajaunie. *See* Docket Nos. 25 & 83.

4. On November 15, 2018, La Boucherie's motion to vacate the default previously entered against it was denied. *See* Docket No. 94.

5. On February 13, 2019, a partial judgment was entered against La Boucherie in the amount of $628,305.49, as well as $23,396.48 for attorneys' fees, and the Court reserved its decision regarding Plaintiff's request for recovery of $27,303.34 that Plaintiff alleges that it expended during the 15 John Corp. bankruptcy (the "Bankruptcy Fees"). *See* Docket No. 112.

6. On September 12, 2019, the Court denied Plaintiff's request for recovery of the Bankruptcy Fees, and confirmed its prior partial default judgment against La Boucherie. *See* Docket No. 113.

7. On September 12, 2019, this Court ruled on Plaintiff's Motion for Summary Judgment, which was granted in part and denied in part. *See* Docket No. 113. This Court granted Plaintiff's Motion for Summary Judgment against Philip Lajaunie on Count II of the Complaint, finding that the judgment entered in this case as to La Boucherie's indebtedness under the Receivables Purchase Agreement will be entered jointly and severally as to Lajaunie. *See* Docket No. 113. However, the Court denied Plaintiff's motion for summary judgment against Lajaunie on Count III of the Complaint (the "Fraud Claim"). *See id.*

8. On November 18, 2019, the Fraud Claim was dismissed without prejudice. *See* Docket No. 121.

**IT IS HEREBY ORDERED:**

1. That a Final Judgment is entered in favor of Plaintiff Rewards Network Establishment Services Inc., against La Boucherie, Inc and Philip Lajaunie, jointly and severally, in the amount of $628,305.49, plus attorneys' fees and costs in the amount of $23,396.48, plus interest thereafter at the statutory rate.

Dated: 12/11/19

IT IS HEREBY ORDERED:

JOHN Z. LEE
United States District Judge